OXFORD CONSUMER DISCOUNT COMPANY OF NORTH PHILADELPHIA, PLAINTIFF, v. ANTHONY E. STEFANELLI, *ET AL*, DEFENDANTS-RESPONDENTS AND ARTHUR J. SILLS, ATTORNEY GENERAL OF NEW JERSEY, INTERVENOR-RESPONDENT, AND FIRST MERCANTILE CONSUMER COMPANY, INTERVENOR-PETITIONER.

See same case below: 104 *N. J. Super.* 512.

*Messrs. Clapp & Eisenberg* and *Mr. Arnold K. Mytelka* for the petitioner.

*Mrs. Annamay T. Sheppard, Mr. Arthur J. Sills, Mrs. Marilyn Loftus Schauer* for the respondents.

May 13, 1969. Granted.

ANNA STREBISCH, PLAINTIFF AND GERTRUDE ROSENBLATT, *ET AL*, PLAINTIFFS-RESPONDENTS, v. ZACHER & CO., *ET AL*, DEFENDANTS-PETITIONERS.

*Messrs. Lamb, Blake, Hutchinson & Dunne* for the petitioners.

*Mr. Frank A. Paglianite* for the respondents.

May 13, 1969. Denied.

EMIL J. SOUA, AS GENERAL ADMINISTRATOR, *ETC.*, *ET AL.*, PLAINTIFFS-PETITIONERS, v. EMIL DUL, DEFENDANT-RESPONDENT AND WILLIAM E. WILLIAMS, *ET AL.*, DEFENDANTS.

*Messrs. Marcus & Levy* and *Mr. R. Richard Kushinsky* for the petitioners.

*Messrs Breslin & Breslin* for the respondent.

May 13, 1969. Denied.